**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00707-LTB-BNB

In re: Third Party Summonses:

Private Citizen Charles A. Radcliffe,

       Complainant,

v.

Internal Revenue Service;
IRS Revenue Agent Ginger LuRay; and
Group Manager Cindy Hutcheson,

       Respondents.
_____

**ORDER**
_____

      This case is before me upon Recommendations of the Magistrate Judge.  The Magistrate Judge recommends that the United States of America be substituted for Respondents IRS, Ginger Wray, and Cindy Hutcheson.  He further recommends that the United States' Motion to Dismiss (Doc #5 filed June 16, 2006) be granted and that this action be dismissed for lack of subject matter jurisdiction.  The Magistrate Judge recommends that the "Cross Motion for Summary Judgment on Petition to Quash Third Party Summonses (Doc #13 filed July 12, 2006) be denied.  The Recommendations were issued and served on February 6, 2007.  Complainant has filed timely written objections to the Magistrate Judge's Recommendation and I have therefore reviewed the recommendation *de novo*. On *de novo* review, I conclude that the recommendations are

correct.  Accordingly,

IT IS ORDERED that the United States of America is substituted for Respondents IRS, Ginger Wray, and Cindy Hutcheson.

IT IS FURTHER ORDERED that the United States' Motion to Dismiss (Doc #5 filed June 16, 2006) is GRANTED and the above action is DISMISSED.

IT IS FURTHER ORDERED that the Motion of Complainant styled Cross Motion for Summary Judgment on Petition to Quash Third party Summonses (Doc #13 filed July 12, 2006) is DENIED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED:   March 9, 2007