**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-00707-LTB-BNB

In re: Third Party Summonses:

Private Citizen Charles A. Radcliffe,

  Complainant,

v.

Internal Revenue Service;
IRS Revenue Agent Ginger LuRay; and
Group Manager Cindy Hutcheson,

  Respondents.

_____

**ORDER**
_____

  Upon United States' Response to Motion to Amend Judgment (Doc 28), Complainant's Motion to Amend Judgment (Doc 26) is DENIED.

          BY THE COURT:

           s/Lewis T. Babcock
          Lewis T. Babcock, Judge

DATED:   October 2, 2007